Revision 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

Joseph I. Leon Guerrero Jr
GDC #947299
_____
_____

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.                                    NO. _____

Charles Webster Detention Center mail clerk, Law clerk.
Augusta Public Defenders office
John Kraft, Olga Izmaylova, Omeeka Loggins
Richard Goolsby Jr. Goolsby law firm
(NAME OF EACH DEFENDANT)
Kimberly Easterling Assistant Prosecutor
Office District Attorney
                                Defendant(s)
Judge James G. Blanchard Richmond superior court
Judge James G. Tunison Lowndes county superior court.

I. GENERAL INFORMATION

1. Your full name and prison number Joseph Ignacio Leon Guerrero Jr #947299
2. Name and location of prison where you are now confined Dooly State Prison 1412 Plunket rd., Unadilla, GA 31091
3. Sentence you are now serving (how long?) Disposition Two Lifes merged.
   (a) What were you convicted of? Plead for Manslaughter on Prima facie Illegally sentenced to Felony & malice Murder for 1 Act.
   (b) Name and location of court which imposed sentence Superior Court of Richmond County, Augusta Judicial Circuit.
   (c) When was sentence imposed? 5-8-2014
   (d) Did you appeal your sentence and/or conviction?    ☐ Yes   ☐ No
   (e) What was the result of your appeal? Two State Habeas, Cert of Appealability, Out-of-Time appeal
   (f) Approximate date your sentence will be completed 12-5-2042

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?  ☑ Yes ☐ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s): Joseph I. LeonGuerrero JR.  Inadequate access to courts,

   Defendant(s): Kimberly Easterling (Prosecutor), James Blanchard (Judge), Richard Goolsby JR. (conflict Attorney), Omeeka Loggins, John Kroft, Olga Izmaylova, CWDC, Public Defenders office, CWDC, Law and mail clerk.

   (b) Name of Court: Richmond County Superior Court

   (c) Docket Number: 2013RCCR34  When did you file this lawsuit? 5-4-2023

   (d) Name of judge assigned to case: Judge Daniel Craig.

   (e) Is this case still pending ☑ Yes ☐ No

   (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   N/A

6. Have you ever submitted a lawsuit for filing in any federal or state court dealing with facts OTHER THAN those involved in this lawsuit?   ☐ Yes ☑ No

7. If your answer to question 6. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
   Plaintiff(s): N/A
   Defendant(s): N/A

   (b) Name of Court: N/A

   (c) Docket Number: N/A  When did you file this lawsuit? N/A

(d) Name of judge assigned to case: N/A

(e) Is this case still pending ☐ Yes ☑ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
N/A

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    ☐ Yes ☑ No

If your answer is Yes, state the name of the court and docket number as to each case:

N/A        N/A

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? CWDC Charles Webster Detention Center

    (a) Does this institution have a grievance procedure? ☑ Yes ☐ No

    (b) If your answer to question 9(a) is "Yes," answer the following:

        (1) Did you present your complaint(s) herein to the institution as a grievance?
            ☑ Yes   ☐ No

        (2) If Yes, what was the result? To the Augusta Judicial Center, Clerk of Court's office 12-5-12/6-30-24. most current motions 3 requests for known yet unavailable evidence of 33+ DVDR/CDR/off duty officer 1st contact overnight recording, Photographic evidence Pre-Trial To Date Totally discarded from litigation due to pre-trial request for known yet (not provided) unavailable evidence, as seen by clocked copies of Clerk of Superior courts office. Mrs. Elaine C. Johnson and Mrs. Hattie Holmes Sullivan. Clerks of Superior Court

        (3) If No, explain why not: Illegal.

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

CWDC had no Law Clerk and SOP mail rule allowed no printed material. John Kraft, Olga Izmaylova, Omeeka Loggins Public Defenders office, Richard Goolsby, Goolsby Law Firm.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   ☒ Yes   ☐ No

(1) If Yes, to whom did you appeal and what was the result? GA BAR Association. To compel MR. Richard Goolsby Jr. To provide known evidence

(2) If No, explain why you did not appeal: as his duty as his Council of standard competent representation.

10. In what other institutions have you been confined? Give dates of entry and exit.

1-25-2012 5-8-2014 Charles Webster Detention Center,
5-8-2014 5-2015 Jackson State Prison,
5-2015 2018 Valdosta State Prison,
5 2018 4-2022 Hays State Prison,
4-2022/1-24 Wilcox State Prison,
1-24-2023/curre Dooly State Prison.

IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Dooly State Prison
P.O. Box 750
1412 Plunkett rd
Unadilla, GA 31091

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

① Richard Goolsby JR. Goolsby Lawfirm State contracted Attorney at
② John Kraft, ③ Omeek Loggins, ④ Olga Izmaylova August. Public Defenders at Augusta Judicial Circuit Public Defenders office. 402
⑤ Kimberly Easterling Augusta GA Prosecutor.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Charles Webster Detention Center.

WHEN do you allege this incident took place? 12-5-2012 to current date.

WHAT happened? I wrote to all public Defender's and Clocked all pre-trial attempts and legal remedies with Clerks office. I was never granted any access or the requested evidence was not MADE AVAILABLE at all for 13 years. Totally Disarming my logical inquiries to strategize the true defense of my case. Being explanation of charges, lesser degrees of charges, sentencing guidelines, relevance of Voluntary Drug use in forensic Toxicology report, The relevance and DVD-R/CDR of to permantly lost witnesses evidence, Off Duty officer's recording, 1st Government Contact of States Witness, 33 The 33 DVD-R/CD-R of 14 statements of Phone calls, text and in-person conversations of a mutual combat fight she states took place, also the Photographic evidence used to aggravate sentence by prosecution. All Photographic, GCIC'S △, 33 DVD-R/CD-R's, Independent felony sub-element off post forensic, Tongue, Knife no prints.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Richard Gadsby Jr, Gadsby law firm
John Kraft, Olga Izmay Love, Omeeka Loggins
Kimberly Easterling

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY) The result of Harmless, plain and fatal errors be acknowledged in Summary Judgement, all rights be restored, Immediate release for illegal detainment, due to known yet withheld exculpatory evidence, Negotiated Time served for Involuntary manslaughter will be accepted expunging murder from record, Monetary compensation for all detainment beyond Alleged 10 years served, monetary compensation for Victims Family a electricians scale pay, Due to Pain suffering

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 1st day of September, 20 24.

Joseph V Leon Guerero Jr
PLAINTIFF